ander Company against David A. Alexander. No opinion. Judgment affirmed, with costs.

YUSEFF v. BUTLER–BUTLER, Inc. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Abraham Yuseff against Butler-Butler, Incorporated. I. W. Goodhue, for plaintiff. J. H. Jones, for defendant. No opinion. Submission dismissed, without costs. Settle order on notice.

ZOBREST, Appellant, v. EAST BUFFALO BREWING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by John W. Zobrest against the East Buffalo Brewing Company and others.

PER CURIAM. Judgment affirmed, with costs. See, also, 135 N. Y. Supp. 815.

McLENNAN, P. J., dissents.

END OF CASES IN VOL. 135

*